

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00054-CV

| | | |
|---|---|---|
| Mario Alberto Talavera, Sr. d/b/a Pro Collision and Auto Repair | § | From County Court at Law No. 2 |
| | § | of Wise County (CV-6727) |
| | § | February 15, 2018 |
| v. | § | Opinion by Justice Birdwell |
| | § | (nfp) |
| Quality Choice Auto Sales LLC | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
Justice Wade Birdwell